**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00267-CR

**CHRISTOPHER JAMES RYALS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F05-18864-U**

## ORDER

The Court has before it appellant's March 18, 2014 second motion for extension of time to file appellant's brief in which counsel complains about an incomplete record from two hearings held November 2, 2005 and January 19, 2006. We have already adopted the trial court's findings that there were no hearings or transcript of hearings for either November 2, 2005 or January 19, 2006. Accordingly, to the extent appellant seeks to revisit the issue, we **DENY** the motion.

Counsel also asserts the clerk's record does not contain "plea papers, admonishments, plea bargain, if any, a jury waiver, or any papers signed by appellant's attorney or the district attorney" related to the January 19, 2006 guilty plea.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN (15) DAYS** from the date of this order, either a supplemental clerk's record that contains the plea papers related to the January 19, 2006 guilty plea or written verification that there are no such documents in the District Clerk's possession.

We **GRANT** the motion to the extent that we **ORDER** appellant to file the brief within **FORTY-FIVE (45) DAYS** from the date of this order. No other extensions will be granted.

/s/    LANA MYERS
        JUSTICE